Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**Barbara White, individually and on Behalf of other persons similarly situated,** )
)
**Plaintiff,** )
)
vs. ) Case Number: 22-CV-1206
)
**HUNGERRUSH LLC,** )
)
**Defendant.** )

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the plaintiff Barbara White's complaint is dismissed without prejudice for lack of personal jurisdiction.

**Dated: 3/29/2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

MMM